# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144483

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 144483
               COA: 306735
               Wayne CC: 02-008746-01

EDDIE BREWSTER,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

   HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the initial presiding trial court judge. See MCR 2.003(B).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012       _____
                   Clerk

h0716